# UNITED STATES DISTRICT COURT

District of _____

Pernell A. Saunders
Plaintiff

v.

Commonwealth of Massachussetts
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 04 10110 RK

I, Pernell A. Saunders, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Souza Baranowski Correctional Cen.

   Are you employed at the institution?  no   Do you receive any payment from the   no

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   January 2002 at M.CI. Shirley Medium 1.50 a day

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☒ Yes | ☐ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MAGISTRATE JUDGE _____

The only funds I've received in recent times was just a few dollars from a family member for toilatry items.

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_12-29-03_    _Pernell A. Sanders_   W49218
Date             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040106 09:22

| | | | | |
|---|---|---|---|---|
| Commit# : | W49218 | | SOUZA-BARANOWSKI CORRECTIONAL | Page :4 |
| Name : | SAUNDERS, PERNELL, , | | Statement From 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To 20040106 | |
| Block : | G2 | | | |
| Cell/Bed : | 07 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030714 10:15 | ML - Mail | 1391799 | | SBCC | ~Octavia Harrison | $100.00 | $0.00 | $0.00 | $0.00 |
| 20030728 16:17 | IC - Transfer from Inmate to Club A/c | 1450741 | | SBCC | ~Postage for property~POSTAGE - Z11 | $0.00 | $5.30 | $0.00 | $0.00 |
| 20030730 14:29 | IC - Transfer from Inmate to Club A/c | 1459289 | | SBCC | ~COAX~KCN WASH ACCOUNT Z5 | $0.00 | $1.31 | $0.00 | $0.00 |
| 20030801 22:30 | CN - Canteen | 1476215 | | SBCC | ~Canteen Date : 200308 | $0.00 | $17.76 | $0.00 | $0.00 |
| 20030806 10:06 | EX - External Disbursement | 1487254 | 17236 | SBCC | ~PROPERTY/CONTRABAND~M SHIRLEY MEDIUM PROPERT | $0.00 | $33.00 | $0.00 | $0.00 |
| 20030807 15:31 | IS - Interest | 1507553 | | SBCC | | $0.26 | $0.00 | $0.00 | $0.00 |
| 20030807 15:31 | IS - Interest | 1507554 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030808 09:07 | ML - Mail | 1519379 | | SBCC | ~JAZMINE WHITE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030808 22:30 | CN - Canteen | 1521375 | | SBCC | ~Canteen Date : 200308 | $0.00 | $4.94 | $0.00 | $0.00 |
| 20030815 22:30 | CN - Canteen | 1550445 | | SBCC | ~Canteen Date : 200308 | $0.00 | $29.70 | $0.00 | $0.00 |
| 20030910 07:55 | IS - Interest | 1650619 | | SBCC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20030910 07:55 | IS - Interest | 1650620 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 11:51 | ML - Mail | 1660118 | | SBCC | ~UNKNOWN | $40.00 | $0.00 | $0.00 | $0.00 |
| 20030915 08:43 | CN - Canteen | 1678022 | | SBCC | ~Canteen Date : 200309 | $0.00 | $29.17 | $0.00 | $0.00 |
| 20030916 09:39 | ML - Mail | 1685737 | | SBCC | ~UNKNOWN | $200.00 | $0.00 | $0.00 | $0.00 |
| 20030919 22:30 | CN - Canteen | 1708440 | | SBCC | ~Canteen Date : 200309 | $0.00 | $26.53 | $0.00 | $0.00 |
| 20030923 16:01 | IC - Transfer from Inmate to Club A/c | 1716011 | | SBCC | ~BRO TYPWRITER~CANTEEN CORP. WASH ACCOUNT - Z | $0.00 | $145.69 | $0.00 | $0.00 |
| 20030926 22:30 | CN - Canteen | 1736969 | | SBCC | ~Canteen Date : 200309 | $0.00 | $20.97 | $0.00 | $0.00 |
| 20031003 22:30 | CN - Canteen | 1765009 | | SBCC | ~Canteen Date : 200310 | $0.00 | $6.17 | $0.00 | $0.00 |
| 20031008 16:58 | IS - Interest | 1785915 | | SBCC | | $0.29 | $0.00 | $0.00 | $0.00 |
| 20031008 16:58 | IS - Interest | 1785916 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031010 22:30 | CN - Canteen | 1811213 | | SBCC | ~Canteen Date : 200310 | $0.00 | $7.95 | $0.00 | $0.00 |
| 20031017 22:30 | CN - Canteen | 1838679 | | SBCC | ~Canteen Date : 200310 | $0.00 | $4.20 | $0.00 | $0.00 |
| 20031031 08:34 | ML - Mail | 1890389 | | SBCC | ~O. HANISON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031031 22:30 | CN - Canteen | 1895481 | | SBCC | ~Canteen Date : 200310 | $0.00 | $0.27 | $0.00 | $0.00 |
| 20031104 13:49 | EX - External Disbursement | 1902069 | 18392 | SBCC | ~FOR D03-0007 SHIRLEY MEDIUM~MCI SHIRLEY | $0.00 | $179.00 | $0.00 | $0.00 |
| 20031107 16:27 | IS - Interest | 1930890 | | SBCC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20031107 16:27 | IS - Interest | 1930891 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
Inmate Transaction Report

Date : 20040106 09:22

| | | | | |
|---|---|---|---|---|
| Commit# : | W49218 | | SOUZA-BARANOWSKI CORRECTIONAL | Page :5 |
| Name : | SAUNDERS, PERNELL, , | | Statement From 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To  20040106 | |
| Block : | G2 | | | |
| Cell/Bed : | 07 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031107 22:30 | CN - Canteen | 1940621 | | SBCC | ~Canteen Date : 200311 | $0.00 | $8.49 | $0.00 | $0.00 |
| 20031112 15:21 | IC - Transfer from Inmate to Club A/c | 1950408 | | SBCC | ~BRO-RBBN~CANTEEN CORP WASH ACCOUNT - Z6 | $0.00 | $10.24 | $0.00 | $0.00 |
| 20031114 10:16 | ML - Mail | 1966769 | | SBCC | ~OCTORIA HARRISON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031114 22:30 | CN - Canteen | 1968703 | | SBCC | ~Canteen Date : 200311 | $0.00 | $1.02 | $0.00 | $0.00 |
| 20031121 01:30 | CN - Canteen | 1998380 | | SBCC | ~Canteen Date : 200311 | $0.00 | $18.22 | $0.00 | $0.00 |
| 20031126 22:30 | CN - Canteen | 2015658 | | SBCC | ~Canteen Date : 200311 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20031209 13:41 | IS - Interest | 2067019 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20031209 13:41 | IS - Interest | 2067020 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031226 11:03 | ML - Mail | 2161703 | | SBCC | ~HARRISON | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040102 22:30 | CN - Canteen | 2189239 | | SBCC | ~Canteen Date : 200401 | $0.00 | $8.95 | $0.00 | $0.00 |
| | | | | | | $1,157.81 | $1,156.41 | $11.28 | $11.27 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $1.40 | $0.01 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1.40 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 |