UNITED STATES DISTRICT COURT

First District                    District of massachussetts


Pernell A. Saunders

V.

Edward Ficco,et.al Superintendant


MOTION FOR A PPOINTMENT OF COUNSEL
_____


Now comes the petitioner,Pernell A. Saunders,in the above entitled matter and respectfully request that this honrable court appoint counsel to represent the petitioner in this matter.

Wherefor the petitioner moves this court to appoint counsel for reasons set forth in the affadavit in support of appointment of counsel.


Date Jan 5, 2004

Respectfully Submitted,
*Pernell Saunders*

Pernell A. Saunders
W-49218 P.O.Box 8000
S.B.C.C. Shirley,Mass 01464