UNITED STATES DISTRICT COURT

Pernell A. Saunders

V.

Edward Ficco, ET. AL.

AFFADAVIT IN SUPPORT

OF APPOINTMENT OF COUNSEL

---

I Pernell A. Saunders, do hereby depose and state:

1 I am the petitioner in the above entitled matter.

2 I am unlearned in the law.

3 I do not read or write very well.

4 These motions and papers were prepared for me by another inmate.

5 Due to movement and other things I can not rely on this inmate to assist me any further for he is limeted in his knowledge of law.

6 I am unemployed and do not have a steady or reliable income.

7 I have very valid issues and is in desperate need of an attorney to help me in this litigation.

Signed under the pain and penalties

of perjury on this 5th day of January 2004

Signed *Pernell A. Saunders*
Pernell A. Saunders
W-49218 P.O.Box 8000
Shirley, Mass. 01464