UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

___Pernell A. Saunders___,
　　　　　　　Plaintiff,

v.　　　　　　　　　　　　Civil Action No.  04-10110-PBS

___Commonwealth of Massachusetts___,
　　　　　　　Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒　　GRANTED.

G　　DENIED for the following reason(s):

☒　　It is FURTHER ORDERED that the clerk shall process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions.

SO ORDERED.

___1/28/04___　　　　　　　　　　___s/ Patti B. Saris___
DATE　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE