```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

PERNELL A. SAUNDERS,           )
          Petitioner,          )
                               )
     v.                        )      C.A. No. 04-10110-PBS
                               )
COMMONWEALTH OF MASSACHUSETTS, )
     et al.,                   )
          Respondents.         )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel.  Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

Dated at Boston, Massachusetts, this 28th day of January, 2004.

                                     s/ Patti B. Saris
                                  UNITED STATES DISTRICT JUDGE