UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERNELL A. SAUNDERS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>EDWARD FICCO, )<br>)<br>Respondent. )<br>) | Civil Action No. 04-10110-PBS |

## RESPONDENT'S MOTION TO DISMISS PETITION
## FOR WRIT OF HABEAS CORPUS AS TIME-BARRED

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, Edward Ficco, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Pernell A. Saunders. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Because the petitioner's conviction became final in 1990, more than five and one-half (5 ½) years before the passage of AEDPA, the petitioner was required to file his petition within a one-year grace period that expired on April 24, 1997. However, the petition was not filed in this Court until January 11, 2004, more than six and one-half (6 ½) years after the grace period expired. Accordingly, the petition must be dismissed as time-barred.[1]

---

[1] The respondent's remaining defenses are not addressed here because the running of the statute of limitations mandates dismissal of the petition. In the event that this Court declines to dismiss the petition as time-barred, the respondent reserves the right, and requests the opportunity, to file an answer and assert all other applicable defenses.

WHEREFORE, the respondent respectfully requests that this Court dismiss this habeas petition on the grounds that it is time-barred.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        _____
        Maura D. McLaughlin
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2857
        BBO No. 634923

Dated: February 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Pernell A. Saunders, on February 24, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Pernell A. Saunders, Souza Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

        _____
        Maura D. McLaughlin