UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                            Civil Action
                            No: 04-10110-PBS

PERNELL A. SAUNDERS
Petitioner

v.

EDWARD FICCO
Respondent

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on January 11, 2004. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before April 16, 2004 and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before May 17, 2004.

                            By the Court,

                            /s/ Robert C. Alba
                            Deputy Clerk

March 16, 2004

To: All Counsel