UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERNELL A. SAUNDERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-10110-PBS |
| ) | |
| EDWARD FICCO, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION TO STAY BRIEFING OF MERITS
UNTIL RESOLUTION OF PENDING MOTION TO DISMISS THE
PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED**

The respondent, Edward Ficco, respectfully submits this motion to stay the schedule for briefing the merits of the above-captioned action until this Court has ruled upon the pending motion to dismiss[1] the petition for writ of habeas corpus as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions. Granting this motion to stay will serve the interests of efficiency and judicial economy, because if the motion to dismiss on statute of limitations grounds were to be successful there would be no need to review the merits of the claim.

WHEREFORE, the respondent respectfully requests that this Court grant the respondent's motion to stay briefing the merits in the above-captioned action until this Court has ruled upon the respondent's motion to dismiss this habeas petition as time-barred.

---

[1] The respondent's motion to dismiss was docketed on February 24, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: March 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Pernell A. Saunders, on March 16, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Pernell A. Saunders, Souza Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

*Maura D. McLaughlin*
Maura D. McLaughlin