6-8-04

FILED
IN CLERKS OFFICE.

To: United States District Court of Massachusetts
    Clerks Office,Deputy Clerk,Robert C. Alba

From: Pernell A. Saunders W-49218 P.O. Box 8000 Shirley,Mass.
      01464   Petitioner, Saunders V. Ficco, Civil No: 04-10110-PBS

Re: Status on brief filed by petitioner and I need to know

whether or not the respondent has filed a brief in opposition.


It's been more than ten days over the oppositions deadline to

file a brief and I have'nt received any copies of any material

in relation to my case. I'm deeply concearned. Please,at your

earliest convenience,can you up date me on this most dire matter?


Thank you for your time and attention to this matter.




                                        Sincerly,  _Pernell Saunders_
                                                  Pernell A. Saunders