United States District Court
District of Massachussetts



Pernell A. Saunders, petitioner

v.                                                  case# 1:04-cv-10110

Edward Ficco,et,al.,respondent


MOTION TO RECONSIDER DENIAL OF WRIT
OF HABEAS CORPUS AS TIME BARRED

---

Now comes the petitioner and hereby petitions this honorable court to reconsider the order to dismiss the petitioners Writ of Habeas Corpus as time barred for not responding to and opposing the respondents motion to dismiss as time barred.

Enclosed is an affidavit by the petitioner in support of this motion.


Date 6-18-04                    Signed Pernell Saunders
                                       Pernell A. Saunders