UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

FILE
IN CLERKS
2004 JUN 28 P
U.S. DISTRICT CO
DISTRICT OF MA

Pernell A. Saunders, petitioner

v.

case# 1:04-cv-10110 PBS

Edward Ficco, respondent

AFFIDAVIT BY PETITIONER IN THE ABOVE
ENTITLED MOTION FOR RECONSIDERATION OF
DENIAL OF PETITIONERS WRIT OF HABEAS
CORPUS AS BEING TIME BARRED.

I the petitioner was totally unaware of my right and obligation
to respond to and oppose the respondents motion to dismiss my
Writ of Habeas Corpus as being time barred. My understanding was
that all I could do was wait for the court to either dismiss the
respondents claim of my being time barred or that the court would
order me to submit a response/proof that I am within my time fra-
me to file. My knowledge and my understanding of the law and its
wording is severly limeted and I am indigent and can not afford
an attorney to represent me. That is why when I submitted my Writ
of Habeas Corpus initially I asked the court to appoint counsel
to ensure that I would be treated farely and that this process
would go through without my taking up more of the courts time
than necassary as well as my persuance of my freedom back. I'm
serving life sentences for crimes I did not commit and this hono-
rable court is my only recourse for justice. I ask the court to
please reconsider my Writ of Habeas Corpus along with indisputea-
ble evidence and proof that I am indeed well within my right and

( 2 )

time frame to due process concearning myWrit of Habeas Corpus.
Further I ask this honorable court to not allow that I be
treated as if I am a learnd attorney and be expected to perform
as such without any assistance from the court. I've gotten this
far only by the small amounts of help I could muster from many
different inmates and library clerks here at S.B.C.C.
I am a proud citizen of this country born and bred. All I ask
for is to be given a realistic opportunity and chance to defend
my liberty. Please reconsider and allow my Writ of Habeas Corpus
petition to go forward.
Enclosed is a complete and accurate history and proof of my being
within my time frame.
Thank you for your time and attention to this matter.
Further I so misunderstood the wording of the legal documents
sent to me that I did not know that the court had ordered that
the respondents motion for time barred be allowed. I only disc-
overed this,almost two months later when I grew impatient to
know whether or not the respondent filed their brief and wrote to
the clerk of court enquiring about the status of my case and
received a document stating that my Habe was dismissed. Enclosed
is a copy of the letter to the clerk along with this response
which was put together and mailed to the court as quickly as I
possibly could. Please believe that from here on out I will be
aware and prompt with every single step and procedure

I pernell A, Saunders hereby state and sign that this is an
accurate and true statement under the penalties and pains of
perjury.

Pernell A. Saunders                          Dated 6-18-04
P.O. Box 8000 S.B.C.C.
Shirley, Mass. 01464

CERTIFICATE OF SERVICE


I Pernell A. Saunders, the petitioner, hereby state that I have
sent a true copy of the enclosed motion/documents to:


Assistant Attorney General,
Maura D. Mclaughlin.
Office of the Attorney General.


Postage paid by me and sent first class mail on the below
date of:


Dated: June 23, 2004




Signed _Pernell Saunders_
Pernell A. Saunders
S.B.C.C. P.O.Box 8000
Shirley, Mass. 01464