```
                                          FILED
                                     IN CLERKS OFFICE
                                         1-29-05
                                     2005 FEB -2  P 3: 27
```

United States District Court

Office Of The Clerk

United States Courthouse

1 Courthouse Way, Suite 2300

Boston, Mass. 02210

Re: Saunders v. Ficco 1-04 cv-10110 PBS

      Good Day,

I am writing to ask for the status of my motion for reconcideration filed June, 2004. Please respond at your earliest convieniance. Thank You.

      Sincerly,

      Pernell A. Saunders
      W-49218 P.O. Box 8000
      S.B.C.C.
      Shirley, Mass. 01464