ATTORNEY ASSIGNMENT REQUEST

Petitioner:  Pernell A. Saunders            Case Number  04-10110-PBS

Date of Appointment: February 18, 2005      Appointed by: Saris, D.J.

Attorney Withdrawn_____n/a_____     Date of Withdrawal_____n/a_____

Reason for Withdrawal_____n/a_____

Number of Counts_____n/a_____

Charge(s) and Cite(s)_____n/a_____

_____

Indictment_____      Information_____      Probation Revocation_____

Number of Defendants_____

Judge Code   0129_____

Special Instructions:___Appointment of Habeas Counsel for Petitioner `to assist in responding to the Respondent's Motion to Dismiss.

                                            _____/s/ Robert C. Alba_____
                                                    Deputy Clerk

                                            Dated___February 24, 2005_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]

ATTORNEY ASSIGNMENT REQUEST

Petitioner:  Pernell A. Saunders                Case Number  04-10110-PBS

Date of Appointment: February 18, 2005          Appointed by: Saris, D.J.

Attorney Withdrawn_____n/a_____        Date of Withdrawal_____n/a_____

Reason for Withdrawal_____n/a_____

Number of Counts_____n/a_____

Charge(s) and Cite(s)_____n/a_____

_____

Indictment_____        Information_____        Probation Revocation_____

Number of Defendants_____

Judge Code   0129_____

Special Instructions:___Appointment of Habeas Counsel for Petitioner `to assist in responding to the Respondent's Motion to Dismiss.

                                         _____/s/ Robert C. Alba_____
                                                 Deputy Clerk

                                         Dated___February 24, 2005_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]