```
                                                FILED 3-4-05
                                             IN CLERKS OFFICE

                                            2005 MAR -9  P 3: 43
To: Clerk Of Court
    United States District Court
    1 Courthouse Way, Suite 2300          U.S. DISTRICT COURT
    Boston, Mass. 02210                   DISTRICT OF MASS
From: Pernell A. Saunders W-49218
      P.O. Box 8000
      Shirley, Mass. 01464
```

Re: Saunders v. Ficco 1:04-cv-10110-PBS/ Motion for reconcideration granted and court appointed representation. Dated 2-24-05

This letter is to thank the court for allowing my motion for reconcideration and appointment of council.

Again thank you most sincerly.

*Pernell Saunders*
Pernell Saunders W-49218
P.O. Box 8000 S.B.C.C.
Shirley, Mass. 01464