FILED
CLERKS OFFICE

3-25-05

To: Clerk of court, Robert P Alba
United States District Court
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

From: Mr. Pernell Saunders          1:04-cv-10110-PBS
MCI Norfolk                          Saunders
P.O. Box 43                          v.
Norfolk, Mass 02056                  Ficco

Re: Change of Address.

I was transfered from Souza Baranowski correctional center on 3-25-05 to MCI Norfolk, address above. Please Record.

Thank you sincerely for your time and attention to this matter.

Respectfully,
Pernell Saunders
W49218
PO Box 43
MCI Norfolk
Norfolk, ma. 02056