UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PERNELL A. SAUNDERS,
    Petitioner

V.                                   Civil Action No. 04-10110-PBS

EDWARD FICCO,
    Respondent

## MOTION FOR CERTIFICATE OF APPEALABILITY

The Petitioner/Defendant respectfully moves for a Certificate of Appealability.

                                                          */s/ Roger Witkin*
                                                          ROGER WITKIN
                                                          6 Beacon Street, Suite 1010
                                                          Boston, MA 02108
                                                          Tel. 617 523 0027
                                                          Fax 617 523 2024
                                                          BBO No. 531780

DATED:  March 27, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PERNELL A. SAUNDERS,
    Petitioner

V.                                             Civil Action No. 04-10110-PBS

EDWARD FICCO,
    Respondent

CERTIFICATE OF SERVICE

      I hereby certify that on this day a courtesy copy of the within document was mailed postage prepaid directed to AAG Maura D. McLaughlin, Office of the Attorney General, Criminal Bureau, Appellate Division, 1 Ashburton Place, 18th Floor, Boston, MA 02108, which was e-filed this day.

                                                      */s/ Roger Witkin*
                                                      Roger Witkin
                                                      6 Beacon Street, Suite 1010
                                                      Boston, MA 02108
                                                      Tel. 617 523 0027
                                                      Fax 617 523 2024
                                                      BBO No. 531780

DATE:  March 27, 2006