UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
PERNELLA A. SAUNDERS,         )
          Petitioner,         )
                              )
     v.                       )  CIVIL ACTION NO. 04-10110-PBS
                              )
EDWARD FICCO,                 )
          Respondent.         )
                              )
```

**DENIAL OF**
**<u>CERTIFICATE OF APPEALABILITY</u>**

November 9, 2006

Saris, U.S.D.J.

Pursuant to 28 U.S.C. § 2253(c)(3) and Interim Loc. R. 22.1, I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

/s/ Patti B. Saris

PATTI B. SARIS
United States District Judge