UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PERNELL A. SAUNDERS,
    Petitioner

V.                              Civil Action No. 04-10110-PBS

EDWARD FICCO,
    Respondent

### ***NOTICE OF APPEAL***

    Notice is hereby given that the defendant in the above named cause hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of the Court entered on November 9, 2006.

                                              */s/Roger Witkin*
                                              Roger Witkin
                                              6 Beacon Street, Suite l0l0
                                              Boston, MA 02l08
                                              Tel. 6l7 523 0027
                                              Fax 6l7 523 2024
                                              BBO No. 53l780

Dated:  November 27, 2006

F123

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PERNELL A. SAUNDERS,
    Petitioner

V.                           Civil Action No. 04-10110-PBS

EDWARD FICCO,
    Respondent

CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the within document was mailed postage prepaid directed to AAG Maura D. McLaughlin, Office of the Attorney General, Criminal Bureau, Appellate Division, 1 Ashburton Place, 18th Floor, Boston, MA 02108, which was e-filed this day.

                                  /s/ Roger Witkin
                                  Roger Witkin
                                  6 Beacon Street, Suite 1010
                                  Boston, MA 02108
                                  Tel. 617 523 0027
                                  Fax 617 523 2024
                                  BBO No. 531780

DATE:  November 27, 2006

Case 1:04-cv-10110-PBS    Document 28    Filed 11/27/2006    Page 3 of 3