APPEAL, STAYED

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10110-PBS

Saunders v. Ficco
Assigned to: Judge Patti B. Saris
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/11/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Parnell A. Saunders**     represented by     **Roger Witkin**
6 Beacon Street
Suite 1010
Boston, MA 02108
617-523-0027
Fax: 617-523-2024
Email: roger@rogerwitkin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Edward Ficco**     represented by     **Maura D. McLaughlin**
*Superintendant S.B.C.C.*
Office of the Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email: maura.mclaughlin@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Parnell A. Saunders.(Folan, Karen) (Entered: 01/23/2004) |
| 01/11/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Parnell A. Saunders.(Folan, Karen) (Entered: 01/23/2004) |
| 01/11/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge |

| | | |
|---|---|---|
| | | Dein. (Folan, Karen) (Entered: 01/23/2004) |
| 01/11/2004 | 3 | MOTION to Appoint Counsel by Parnell A. Saunders.(Folan, Karen) (Entered: 01/23/2004) |
| 01/11/2004 | 4 | AFFIDAVIT of Pernell Saunders in Support re 3 MOTION to Appoint Counsel. (Folan, Karen) (Entered: 01/23/2004) |
| 02/02/2004 | 5 | Judge Patti B. Saris : ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis. It is FURTHER ORDERED that the clerk shall process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions. (Lanier, Marjorie) (Entered: 02/02/2004) |
| 02/02/2004 | 6 | Judge Patti B. Saris : ORDER entered denying 3 Motion to Appoint Counsel, without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition. (Lanier, Marjorie) (Entered: 02/02/2004) |
| 02/02/2004 | 7 | Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. It is FURTHER ORDERED that the clerk shall correct the case caption to reflect that the only respondent to this action is Edward Ficco, Superintendent, Souza-Baranowski Correctional center, as the superintendent of the facility in which petitioner is in custody. (Lanier, Marjorie) (Entered: 02/02/2004) |
| 02/04/2004 | 8 | Return receipt received for mail sent to Edward Ficco Delivered on 2/3/04 (Simeone, Maria) (Entered: 02/06/2004) |
| 02/06/2004 |  | Return receipt received for mail sent to William J. Meade Delivered on 2/3/04 (Simeone, Maria) (Entered: 02/06/2004) |
| 02/24/2004 | 9 | MOTION to Dismiss Petition for Writ of Habeas Corpus as Time-Barred by Edward Ficco. c/s(Patch, Christine) (Entered: 02/26/2004) |
| 02/24/2004 | 10 | MEMORANDUM of Law in Support re 9 MOTION to Dismiss Petition for Writ of Habeas Corpus as Time-Barred filed by Edward Ficco. c/s (Patch, Christine) Additional attachment(s) added on 9/7/2005 (Patch, Christine). (Entered: 02/26/2004) |
| 02/24/2004 | 11 | MOTION for Leave to Dispense with the Conference Requirement of Local Rule 7.1 by Edward Ficco. c/s(Patch, Christine) (Entered: 02/26/2004) |
| 03/16/2004 |  | ***Attorney Maura D. McLaughlin for Edward Ficco added. (Alba, Robert) (Entered: 03/16/2004) |
| 03/16/2004 | 12 | Judge Patti B. Saris: BRIEFING ORDER entered re 1 2254 Petition for writ of habeas corpus. Petitioner to file Brief in Support of Petition by April 16, 2004. Respondent to file Opposition Brief by May 17, 2004. (Alba, Robert) (Entered: 03/16/2004) |

| | | |
|---|---|---|
| 03/17/2004 | 13 | MOTION to Stay Briefing of Merits until resolution of Pending 9 MOTION to Dismiss the Petition for Writ of Habeas Corpus as Time-Barred by Edward Ficco.(Patch, Christine) (Entered: 03/19/2004) |
| 03/22/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 13 Motion to Stay Briefing of Merits until Resolution of Pending Motion to Dismiss the Petition for Writ of Habeas Corpus as Time-Barred. "Motion allowed by the Court." (Patch, Christine) (Entered: 03/23/2004) |
| 04/12/2004 | 14 | BRIEF by Parnell A. Saunders to 1 Petition for writ of habeas corpus (28:2254). (Patch, Christine) (Entered: 04/14/2004) |
| 04/26/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 9 Motion to Dismiss Petition for Writ of Habeas Corpus as Time-Barred. "Allowed without opposition." (Patch, Christine) (Entered: 04/27/2004) |
| 04/26/2004 |  | Civil Case Terminated. (Patch, Christine) (Entered: 04/27/2004) |
| 06/10/2004 | 15 | Letter to Robert Alba from Pernell A. Saunders requesting status of case. (Patch, Christine) (Entered: 06/15/2004) |
| 06/15/2004 |  | DOCKET SHEET sent to Pernell Saunders. (Patch, Christine) (Entered: 06/15/2004) |
| 06/28/2004 | 16 | MOTION for Reconsideration re Order on Motion to Dismiss by Parnell A. Saunders.(Patch, Christine) (Entered: 06/30/2004) |
| 06/28/2004 | 17 | AFFIDAVIT in Support re 16 MOTION for Reconsideration re Order on Motion to Dismiss. (Patch, Christine) (Entered: 06/30/2004) |
| 02/02/2005 | 18 | Letter from Pernell A. Saunders requesting the status of his motion for reconsideration filed in June, 2004. (Patch, Christine) (Entered: 02/08/2005) |
| 02/24/2005 |  | Judge Patti B. Saris: Electronic ORDER entered regarding 18 Letter Requesting Status of 16 Motion for Reconsideration. "I ALLOW THE MOTION FOR RECONSIDERATION AND ORDER APPOINTMENT OF HABEAS COUNSEL TO ASSIST IN RESPONDING TO THE MOTION TO DISMISS." (Alba, Robert) (Entered: 02/24/2005) |
| 02/24/2005 | 19 | ATTORNEY ASSIGNMENT Request forwarded to Clerk to Magistrate Judge Dein for appointment of habeas counsel. (Alba, Robert) (Entered: 02/24/2005) |
| 03/09/2005 | 20 | Letter from Pernell Saunders thanking the court for allowing his motion for reconsideration and appointment of counsel. (Patch, Christine) (Entered: 03/17/2005) |
| 03/31/2005 | 21 | Judge Patti B. Saris : ORDER entered. CJA 20: Appointment of Attorney Roger Witkin for Parnell A. Saunders (Quinn, Thomas) (Entered: 04/06/2005) |
| 04/22/2005 | 22 | NOTICE of Change of Address by Parnell A. Saunders (Patch, Christine) (Entered: 04/28/2005) |

| Date | # | Description |
|---|---|---|
| 05/02/2005 | 23 | Opposition re 9 MOTION to Dismiss *PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION AS TIME-BARRED* filed by Parnell A. Saunders. (Witkin, Roger) (Entered: 05/02/2005) |
| 02/15/2006 | 24 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER granting 9 Motion to Dismiss. (Patch, Christine) (Entered: 02/17/2006) |
| 03/02/2006 | 25 | MEMORANDUM in Support re 16 MOTION for Reconsideration re Order on Motion to Dismiss filed by Parnell A. Saunders. (Patch, Christine) (Entered: 03/08/2006) |
| 03/09/2006 |  | Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 25 Memorandum in Support of Motion to Reconsider Denial of Petition for Writ of Habeas Corpus as Time-Barred, filed by Parnell A. Saunders. "Denied. Attorney negligence, without more, does not trigger the doctrine of equitable tolling." (Patch, Christine) (Entered: 03/09/2006) |
| 03/27/2006 | 26 | MOTION for Certificate of Appealability by Parnell A. Saunders. (Witkin, Roger) (Entered: 03/27/2006) |
| 11/09/2006 | 27 | Judge Patti B. Saris : ORDER entered denying 26 Motion for Certificate of Appealability (Patch, Christine) (Entered: 11/09/2006) |
| 11/27/2006 | 28 | NOTICE OF APPEAL by Parnell A. Saunders. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/18/2006. (Witkin, Roger) (Entered: 11/27/2006) |